IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY PETERS, | ) | 8:09CV368 |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| ONEOK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court after receipt of the
report of parties' planning conference (Filing No. 10).

IT IS ORDERED that a scheduling conference with the
undersigned will be held on:

**Thursday, December 17, 2009, at 9:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th
Plaza, **OMAHA**, Nebraska, to establish a final progression order for
this case.  The parties may participate by telephone by notifying
Judge Strom's office prior to said date.

DATED this 2nd day of December, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court