IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY PETERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion to withdraw discovery motion (Filing No. 37), and on plaintiff's motion to withdraw objections to notice of intent to issue subpoena (Filing No. 38). The Court finds the motions should be granted. Accordingly,

IT IS ORDERED:

1) Defendant's motion (Filing No. 37) to withdraw discovery motion (Filing No. 34) is granted.

2) Plaintiff's motion (Filing No. 38) to withdraw objections to notice of intent to issue subpoena (Filing No. 25) is granted.

3) Filing Nos. 25 and 34 are deemed withdrawn.

DATED this 19th day of May, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court