IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JERRY PETERS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CV368 |
| | ) | |
| v. | ) | |
| | ) | |
| ONEOK, INC., | ) | ORDER AND JUDGMENT |
| | ) | |
| Defendant. | ) | |

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Plaintiff's motion for a 25% attorney's fee award is denied.

2) Judgment is entered for plaintiff in the amount of $494,181.01.

3) Defendant's prayer for costs and fees associated with opposing plaintiff's motion for attorney's fees is denied.

DATED this 22nd day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court